# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH JOHN ALLEN, | : | NO: 1:19-CV-01109 |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | (Chief Magistrate Judge Schwab) |
| ANDREW SAUL, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant | : | |

## ORDER
June 5, 2020

**IT IS ORDERED** that the defendant's unopposed motion to remand (*doc. 16*) is **GRANTED**, and this case is remanded to the Commissioner for further proceedings.  On remand, the Commissioner, through the Appeals Council, shall refer the plaintiff's case to a different Administrative Law Judge to further evaluate the plaintiff's claims, offer the plaintiff the opportunity for a new hearing, and issue a new decision.  This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).  After entering judgment in favor of the plaintiff and against the Commissioner, the Clerk of Court shall close this case.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge