# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH JOHN ALLEN, | : | CIVIL NO.: 1:19-CV-01109 |
| Plaintiff, | : | (Chief Magistrate Judge Schwab) |
| v. | : | |
| ANDREW M. SAUL,<br>*Commissioner of Social Security,* | : | |
| Defendant. | : | |

### ORDER
June 23, 2020

Upon consideration of the parties' stipulation (*doc. 20*), **IT IS ORDERED** that Plaintiff Joseph J. Allen is awarded attorney fees under the Equal Access to Justice Act (EAJA), in the amount of Two Thousand, Two Hundred and Fifty dollars ($2,250.00). The attorney fees will be paid directly to Plaintiff and sent to the business address of Plaintiff's counsel, Ronald T. Tomasko, Esquire. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

*S/Susan E. Schwab*
Susan E. Schwab
United States Chief Magistrate Judge